**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)
**Rosalyn Marie Batups**
2037 Reflective Waters Road
Villa Rica, GA 30180

**xxx–xx–3311**

**Lee Allen Batups**
2037 Reflective Waters Road
Villa Rica, GA 30180

**xxx–xx–7501**

Case No.:  **10–68786–jem**
Chapter:  **7**

# Notice of filing of Deficient Reaffirmation Agreement

# Re: Reaffirmation Agreement with U.S. Auto Finance, Inc.

Please take note that the Reaffirmation Agreement filed with the Court in the above–captioned bankruptcy case is missing:

- ☐ the signature of the Debtor.
- ☐ the signature of the Creditor.
- ☑ the required dollar figures (Debtor's Statement in Support of Reaffirmation Agreement).

Please file an amended reaffirmation agreement as soon as possible to provide the missing information or signatures. If a hearing on this agreement has been requested, the Court will schedule a hearing after the amended agreement has been filed

Dated:  June 9, 2010

_____
M. Regina Thomas
Clerk of Court

Form 425 – Reaff deficiency